IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA,

VS.

**ROBERT A. KINSEY**,

Defendant

**NO. 5: 09-MJ-03-01 (CWH)**

VIOLATION:  **50 U.S.C. §797**

## ORDER OF DISMISSAL

Upon consideration of the **MOTION FOR DISMISSAL** filed herein by counsel for the United States (Tab #16) and for cause shown, said motion is GRANTED.  This proceeding against defendant ROBERT A. KINSEY is hereby DISMISSED without prejudice.

SO ORDERED AND DIRECTED, this 7th day of MAY, 2009.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE